## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARK L. PEREGUOY,                              *

    Plaintiff,                              *

v.                                             *        Civil Action No.:  MJG 02 CV 4165

STATE OF MARYLAND, et al.,                     *

    Defendants.                             *

      *     *     *     *     *     *     *     *     *

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2003, a copy of the

aforegoing Defendants' Reply Memorandum, which was electronically filed in this case

on the 19th day of March, 2003, was also mailed via first-class mail, postage prepaid, to

Ronald R. Hogg, Esquire, 4012 College Avenue, Ellicott City, Maryland  21043; and to

Frank Mann, Asst. Attorney General, Office of the Attorney General, 200 Saint Paul

Place, Saint Paul Plaza, Baltimore, Maryland  21202.

                                  _____/s/_____
                                    John F. Breads, Jr.