Respectfully submitted

J. JOSEPH CURRAN, JR.
ATTORNEY GENERAL OF MARYLAND


_____/S/_____
FRANK W. MANN
ASSISTANT ATTORNEY GENERAL
200 Saint Paul Place
Baltimore, Maryland 21202
410-576-6576

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2003, a copy of the foregoing Motion To Dismiss Complaint or, in the alternative, for Summary Judgment, and accompanying memorandum, which is filed electronically, was sent, via first class mail, postage prepaid, to Ronald R. Hogg, Esquire, 4012 College Avenue, Ellicott City, MD 21043, Attorney for Plaintiff.

_____/s/_____
Frank W. Mann
Assistant Attorney General