

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Baltimore District Office

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

September 25. 2002

Mark L. Peregoy
106 Park Drive
Westminster, MD 21157

Re:    Mark L. Peregoy vs. Carroll County Sheriff's Office
Charge Number 120-2002-00867

Dear Mr. Peregoy:

The investigation of your charge of employment discrimination has been completed. The above referenced employer provided a statement regarding their position in this matter in response to the Commission's request for information.

I have made attempts to contact you for the purpose of obtaining additional information regarding your allegations and to review the information obtained in response to your charge however, I have been unable to reach you. I received no response to call back messages left at the home telephone number reflected on your charge..

I am writing to inform you that based on the information gathered, the Commission was unable to conclude that you were subjected retaliation during your employment with the Respondent in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended. A review of the evidence shows that you voluntarily resigned after being temporarily transferred to the position of second shift Security Commander. The Respondent contends that the reassignment was not a demotion as you maintained your rank of Captain, and the relocation of your workspace was only one in a series of moves to provide adequate workspace for staff. There is no evidence to support your allegation that the employer's actions violated the statutes and there is little prospect that further investigation would result in a cause finding.

You now have the right to file suit against the named Respondent within 90 days from the date you receive the enclosed Dismissal and Notice of Right to Sue. If you fail to file suit within the appropriate time you will lose your right to pursue this matter in court.

Sincerely,

Regina M. Davis
Investigator

Enclosure:
Dismissal and Notice of Rights

EXHIBIT 1
