**DEPARTMENT OF THE COUNTY ATTORNEY**     County Office Building
225 N. Center Street, Westminster, Maryland, 21157 - 410-386-2030/*FAX* 410-840-8931

CONFIDENTIAL

November 28 2000

**MEMORANDUM TO:**   Sheriff Kenneth L. Tregoning
                    Carroll County Sheriff's Office

**FROM:**            Kimberly A. Millender, Assistant County Attorney
                    Department of the County Attorney

**RE:**              Investigation- Lt. Salvetore Brown
                    Our File No. 12,205

    Pursuant to your request, I conducted an investigation into the complaint of Lt. Salvetore Brown regarding alleged racial discrimination by Warden George Hardinger. I began my investigation on November 1, 2000 by interviewing Lt. Brown and concluded my interviews and review of documentation on November 27, 2000. Lt. Brown has alleged that Warden Hardinger harassed him because of his race. During the course of our interview, Lt. Brown referred to several specific incidents documenting this allegation, specifically, he referenced the following incidents: a racial slur made by the Warden during a meeting in the Fall of 1999, complaints made by the Warden to Captain Mark Peregoy in July of 2000, and a verbal reprimand from the Warden on October 26, 2000.

    Based upon my interview with Lt. Brown and other persons with pertinent information, and review of all documentation provided, it is my opinion that no racial harassment has occurred. Although, there was an incident in the Fall of 1999 involving a racially inappropriate comment by the Warden, there have been no similar incidents since. In regards to the other incidents complained of by Lt. Brown, I find no evidence that these were racially motivated; rather, it is my opinion that a difference in opinion as to correctional philosophy exists between the Warden and Lt. Brown. I highly recommend that an effort be made to resolve this difference in order to bring a permanent resolution to this conflict between the Warden and Lt. Brown.

EXHIBIT 2