

# CARROLL COUNTY SHERIFF'S OFFICE
KENNETH L. TREGONING
SHERIFF
100 N. COURT STREET
WESTMINSTER, MD 21157-5187



ROBERT L. KEEFER, CHIEF DEPUTY
SHERIFF SERVICES
PHONE NO. 410 386-2900
FAX NO. 410 876-1152
TOLL FREE NO. 1 888 302-8924

DATE: January 16, 2001

GEORGE R. HARDINGER, WARDEN
DETENTION CENTER
PHONE NO. 410 386-2629
FAX NO. 410 857-1509
TOLL FREE NO. 1 888 302-8826

## PERSONNEL ORDER #02-03

TO: Chief Deputy Colonel R. Keefer, Warden G. Hardinger, Mr. S. Reynolds, Major S. Turvin, Captain M. Peregoy, Ms. C. Hammon, Director of Human Resources, Mr. S. Powell, Director of Management and Budget, Mr. N. Chmielewski, Budget Analyst, and Affected Personnel.

SUBJECT: Promotions/Temporary Transfers

The following promotions are effective Thursday, January 17, 2002.

Promoted to Correctional Sergeant (Correctional Officer V/Grade W09)

| NAME | FROM | TO |
|---|---|---|
| S.E. McCoy | Security Shift #3 | Same |

Promoted to Correctional Corporal (Correctional Officer IV/Grade W08)

| NAME | FROM | TO |
|---|---|---|
| J.H. Sauble | Transportation Unit | Same |

The following Temporary Transfers are effective Friday, February 1, 2002.

| NAME | FROM | TO |
|---|---|---|
| Capt. M.L. Peregoy | Special Operations | Security Cmdr. Shift #2 |
| Sgt. S.E. McCoy | Security Shift #3 | Security Shift #2, Supervisor |
| Sgt. R.E. Kline | Security Shift #2 | Security Shift #1 |
| Cpl. J.H. Sauble | Transportation Unit | Security Shift #3 |
| COII K.M. Curtis | Security Shift #3 | Central Booking Unit |
| COII L.L. Moody | Pre-Trial Services | Transportation Unit |
| Col L.J. Wilson | Security Shift #3 | Security Shift #2 |

This Personnel Order supercedes any order in conflict therewith.

*Kenneth L. Tregoning, Sheriff*

EXHIBIT 3