UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mark L Pereguoy

    Plaintiff.                                 *

v.                                             *

State of Maryland, Carroll County,             *    CIVIL ACTION NO.
Maryland and Kenneth L.                             MJG02CV4165
Tregoning, Carroll County Sheriff

    Defendants.                               *

## AFFIDAVIT OF MAJOR E. STEPHEN TURVIN

1    I am over the age of 18 years.

2    I am competent to testify; I am a Deputy Sheriff employed by the Sheriff of Carroll County, Maryland. am currently the Assistant Warden of the Carroll County Detention Center.

3.    As part of my duties as Assistant Warden, I act as the Shift Commander. This means I manage the security operations of the detention center. I am also responsible for monitoring the safety and well being of staff, volunteers, visitors, and inmates. My primary responsibility as Shift Commander is to monitor and ensure that subordinate supervisors implement and fully execute the established policies and procedures, special orders, and directives. In the absence of the Warden and the Assistant Warden, the Shift Commander is authorized to act as the Warden's designee.

4.    In January, 2002, I attended a meeting with Colonel Robert Keefer, Warden George Hardinger, and Captain Mark Peregoy. During this meeting, the Warden gave out job descriptions to both me and Mr. Peregoy. The job descriptions generally outlined our new

EXHIBIT 7

assignments and duties. According to the Warden, I would be the Shift Commander for the day shift and Captain Peregoy would be the Shift Commander for the evening shift. Also during this meeting, the Warden stated that Captain Peregoy and would perform similar duties but on different shifts.

5      Following this meeting, met privately with the Warden, at my request and on my own initiative, to inquire more specifically as to the nature of my new assignment.

6.     At no time during this meeting did Captain Peregoy state or express any concern that, as a result of this reassignment, he would left with no duties or responsibilities as an employee of the Carroll County Sheriff's Office.

**I HEREBY DECLARE OR AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT BASED UPON MY PERSONAL KNOWLEDGE.**

*Earl Steven Turvin*
EARL STEPHEN TURVIN
ASSISTANT WARDEN, CARROLL COUNTY DETENTION CENTER