IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARK L. PEREGUOY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:MJG 02 CV 4165 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Mark L. Pereguoy, Plaintiff, by his attorney, Ronald R. Hogg responds to Defendants State of Maryland and Sheriff Kenneth L. Tregoning (hereinafter, collectively "Defendants") Motion to Dismiss Complaint or, alternatively, for Summary Judgment and so states:

1. That the Complaint states a claim upon which relief can be granted for damages arising under Title VII of the Civil Rights Act of 1964.

2. That the Plaintiff clearly suffered adverse employment action as prohibited by Title VII.

3. A causal connection exists between the protected activity and Plaintiff's employment.

4. That any non-discriminatory reasons for Defendant's action are pretextual and without credence.

5. A dismissal of Plaintiff's Complaint would be unjust and against the protections afforded by applicable federal law.

WHEREFORE, Plaintiff respectfully requests that Defendants' Motion to Dismiss Complaint or, Alternatively, for Summary Judgment be DENIED.

      /s/_____
Ronald R. Hogg
Bar No. 08960
4012 College Avenue
Ellicott City, Maryland 21043
(410) 750-2401
Counsel for Plaintiff

## STATEMENTS OF GROUNDS AND AUTHORITIES

The grounds and authorities in support of this Response to Motion to Dismiss Complaint Or, Alternatively, For Summary Judgment are set forth fully in the accompanying Memorandum.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 23rd of April, 2003, a copy of the aforegoing Response to Motion to Dismiss Complaint Or, Alternatively, For Summary Judgment was mailed via first class mail, postage prepaid, to John F. Breads, Jr., Esquire, 7172 Columbia Gateway Drive, Suite E, Columbia, Maryland 21046 and Frank Mann, Esquire, Assistant Attorney General, Office of the Attorney General, 200 Saint Paul Place, Saint Paul Plaza, Baltimore, Maryland 21202.

      /s/_____
Ronald R. Hogg

1002.RRH