IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARK L. PEREGUOY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG 02 CV 4165 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the aforegoing Motion to Dismiss or, Alternatively, for Summary Judgment, thereto filed by Defendants State of Maryland and Sheriff Tregoning and Plaintiff's response thereto, it is, this _____ day of _____, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to Dismiss is Denied.

 

_____
Marvin J. Garbis
United States District Judge