```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

MARK L. PEREGUOY                *

      Plaintiff            *

    vs.                       *CIVIL ACTION NO. MJG-02-4165

STATE OF MARYLAND, et al.       *

      Defendants           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants State of Maryland, Carroll County, Maryland and Kenneth L. Tregoning Carroll County Sheriff against Plaintiff Mark L. Pereguoy dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Thursday, 14 August, 2003</u>.

                                                          / s /
                                        Marvin J. Garbis
                              United States District Judge